## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**HUTSON, INC.,**

    **Plaintiffs,**

v.

**INTERSTATE FARM
PRODUCTS, L.L.C.,**

    **Defendant.**　　　　　　　　　　　　No. 16-cv-148-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on the Motion for Judgment executed by plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 24), entered on August 16, 2016:

    1.    Plaintiff is granted a consent judgment against the Defendant, in the amount of $110,000.00.

    2.    Defendant shall pay to Plaintiff, the sum of $3,000.00 no later than August 15, 2016.

    3.    Defendant shall also pay to Plaintiff, beginning on September 1, 2016, and no later than the first day of each month thereafter, the sum of $6,000.00 each month until this Judgment is paid in full.

    4.    As long as Defendant complies with the payment terms of this Judgment, all forms of execution are stayed.   However, if Defendant should fail to make the payments required by this Judgment when they are due, then all forms of execution may issue;   in addition, Plaintiff may then also recover post-judgment interest at the statutory rate then applicable in the State of Illinois on any unpaid portion of this Judgment.

    5.    The parties have agreed to bear their own costs.

    6.    This is a final judgment; there is no just cause for delay.

This case is **DISMISSED** with prejudice.

                                      **JUSTINE FLANAGAN,**
                                      **ACTING CLERK OF COURT**

                                    **BY:**      /s/*Caitlin Fischer*
                                                 **Deputy Clerk**

Dated:   August 17, 2016

                                              Digitally signed by
                                              Judge David R. Herndon
                                              Date: 2016.08.17
                                              13:56:11 -05'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT